ISAAC PATCH *vs.* GEORGE WHEATLAND & others.

One partner may execute a valid mortgage of a vessel owned by the firm, by signing the individual names of the members of the firm.

CONTRACT brought against the assignees of the estate of George F. Wonson, Samuel G. Wonson, Jr. and William S. Wonson, partners under the firm of George F. Wonson & Brothers, insolvent debtors, to recover the amount received by them upon the sale of vessels formerly owned by the firm.  It was agreed, in the superior court, that George F. Wonson executed mortgages of the vessels in controversy to the plaintiff, signing them with his own name and the individual names of his partners, without their personal knowledge, but for the benefit of the firm.  Upon these facts, judgment was rendered in the superior court for the plaintiff, and the defendants appealed to this court.

*G. Wheatland,* for the defendants, submitted the case without argument.

*C. P. Thompson,* for the plaintiff.

BIGELOW, C. J.  The power of one copartner to make and execute a valid transfer, either absolute or conditional, of a ship, vessel or other personal property belonging to the firm, is clear

and unquestionable, and has been often recognized and affirmed by this court. *Lamb* v. *Durant*, 12 Mass. 54. *Tapley* v. *Butterfield*, 1 Met. 515. *Milton* v. *Mosher*, 7 Met. 244.

That this power was well executed in the present case, we cannot doubt. One of the copartners, having authority to pass a valid title to the vessels by bill of sale, as incident thereto could execute them in any form or mode by which such title could be legally transferred. It is quite immaterial whether it was done by signing the name of the firm or the name of each copartner separately.

A very different question would arise if one copartner should undertake to sign the separate names of his copartners to any contract, promise or agreement, by which a separate or individual or a new and additional liability might be created or assumed. *Judgment for the plaintiff.*